UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| NANCY B. PICOU | CIVIL ACTION NO. 06-2340 |
| VERSUS | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and this matter is **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** this 28th day of January, 2008 at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE